1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
MAY 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-CR-00118-OWW |
| Plaintiff, | EX PARTE APPLICATION AND [PROPOSED] ORDER TO DISMISS INDICTMENT |
| v. | |
| EMILIANO MENDOZA MALDONADO, | |
| Defendant. | |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the Indictment in the above-referenced case.

A complaint was signed and a warrant issued for the defendant's arrest on or about October 7, 2002. The defendant was indicted on or about March 25, 2010. The indictment charges the defendant with a violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A), Conspiracy to Manufacture 1,000 or more marijuana plants. The government has determined that there is insufficient evidence show defendant's willful failure to submit himself to the court's jurisdiction to toll of the statute of limitations in this

1  matter.
2     The government respectfully submits that, in the interests of
3  justice, the above-entitled Indictment be dismissed as to the
4  defendant herein.
5  DATED: May 14, 2010

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/ Laurel J. Montoya
                                  Assistant U.S. Attorney



                                  ORDER

13     Upon application of the United States, and good cause having
14  been shown therefor,
15     IT IS HEREBY ORDERED that the Indictment, bearing case number
16  1:10-cr-00118, and alleging a violation of 21 U.S.C. §§ 846,
17  841(a)(1)and (b)(1)(B), is hereby DISMISSED as to defendant
18  Maldonado. The defendant shall be released from custody
19  forthwith.
20  DATE: 5-17-10

                                  HON. OLIVER W. WANGER
                                  Unites States District Judge