

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EMILIANO MENDOZA MALDONADO, ) <br> ) <br> Defendant. ) | No. 1:10-CR-00118 OWW <br><br> ORDER OF RELEASE |

The above named defendant a Order Dismissing Indictment has been signed in open court on May 17, 2010.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: 5-17-10

HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1

cc: USM, Fresno on 5-17-10 (hand delivered)